

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2014

No. 04-14-00045-CR

Manuel **ALCOSER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5943
Honorable Lori I. Valenzuela, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION and appellant's pro se "Motion for Leave to File Late Notice of Appeal" is DENIED.

It is so **ORDERED** on March 5, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2014.

_____
Keith E. Hottle, Clerk